**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PAT LANE, | } | Civil Action 2:11-cv-15473 |
| | } | |
| Plaintiff, | } | JUDGE: JULIAN ABELE COOK |
| | } | |
| v. | } | |
| | } | |
| RDK COLLECTION SERVICES, INC. | } | |
| | } | |
| Defendant. | } | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

        Respectfully Submitted,

        KAHN & ASSOCIATES, L.L.C.

        /s/ J. Daniel Scharville

        _____
        J. DANIEL SCHARVILLE (P67103)
        6200 Rockside Woods Blvd – Suite 215
        Independence, Ohio 44131
        (216) 621-6101
        (216) 621-6006 Facsimile
        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAT LANE, | } | Civil Action 2:11-cv-15473 |
| | } | |
| Plaintiff, | } | JUDGE: JULIAN ABELE COOK |
| | } | |
| v. | } | |
| | } | |
| RDK COLLECTION SERVICES, INC. | } | |
| | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _____ day of November, 2012.

_____
Julian Abele Cook
U.S. District Judge